UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELTA IMPORTS, LLC,

    Plaintiff,

v.                                              Case No: 8:21-cv-1897-JSS

MOHAMMED WAZWAZ and
MADURO DISTRIBUTORS, INC.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the court on the parties' Joint Motion Extending Deadlines ("Motion") (Dkt. 27). Upon consideration, the Motion is granted. The Case Management and Scheduling Order (Dkt. 12) is amended as follows:[1]

| Expert Disclosures | |
|---|---|
| ➢ Plaintiff | May 15, 2022 |
| ➢ Defendant | June 30, 2022 |
| **Discovery Deadline** | **August 30, 2022** |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | **October 30, 2022** |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | **February 28, 2023** |
| **Joint Final Pretrial Statement** | **March 16, 2023** |
| **All Other Motions, including Motions In Limine** | **March 16, 2023** |
| **Final Pretrial Conference** | **April 1, 2023** |

---

[1] All other provisions of the Case Management and Scheduling Order (Dkt. 12) shall remain in full force and effect.

| Trial Term | April 2023 |
|---|---|
| Mediation | August 30, 2023 |

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record