UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELTA IMPORTS, LLC,

    Plaintiff,

v.                                                               Case No: 8:21-cv-1897-JSS

MOHAMMED WAZWAZ and
MADURO DISTRIBUTORS, INC.,

    Defendants.
_____/

## **ORDER**

In an order granting Plaintiff's former counsel's request to withdraw, Plaintiff, as a limited liability corporation, was directed to appear through counsel on or before February 8, 2023. (Dkt. 68.) The order included the following warning, "Should Plaintiff fail to obtain new counsel within 20 days, Plaintiff may be directed to show cause as to why this case should not be dismissed for failure to prosecute." (*Id.* at 2.) On February 9, 2023, the court issued an order directing Plaintiff to show cause, in writing, as to why this case should not be dismissed for failure to prosecute for failing to obtain new counsel. (Dkt. 71.) That same day, Defendant Maduro Distributors, Inc. (Defendant) filed its Motion to Dismiss or, in the Alternative, Order to Show Cause. (Dkt. 70.) Also pending at the time was Defendant's Motion to Compel. (Dkt. 56).

On February 14, 2023, Plaintiff's counsel, who previously withdrew, *see* (Dkt. 68), entered a notice of appearance. (Dkt. 74.) The court then set a hearing on the pending motions and the Order to Show Cause. (Dkt. 75.) The court held a hearing on the Motion on March 1, 2023. Upon consideration and for the reasons stated during the hearing:

1. Defendant's Motion to Compel (Dkt. 56) is **GRANTED**. Plaintiff shall provide written responses to the First Set of Interrogatories (Dkt. 57-1), and responsive documents to the First Set of Document Requests (Dkt. 57-2) and First Request for Production of Documents (Dkt. 57-3) on or before March 3, 2023.

2. Defendant's Motion to Dismiss or, in the Alternative, Order to Show Cause (Dkt. 70) is **DENIED** without prejudice.

3. The Order to Show Cause (Dkt. 71) is **DISCHARGED**.

4. The following deadlines are amended as follows:[1]

    a. Mediation shall be conducted on or before **March 31, 2023**. The parties shall confer and agree upon a court-approved mediator and shall have up to and including 14 days from the date of this Order to file written notice informing the court of the parties' selection and mediation date.

---

[1] All other provisions of the Case Management and Scheduling Order (Dkt. 12) shall remain in full force and effect.

- 3 -

    b. The Joint Final Pretrial Statement and any Motions in Limine are due on or before **May 5, 2023**.

    c. The Final Pretrial Conference is scheduled for **May 18, 2023 at 10 a.m.**

    d. Trial is scheduled for **May 22, 2023**.

**ORDERED** in Tampa, Florida, on March 2, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record